IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HOWARD Z. GARNETT, | ) | CASE NO. 7:16CV00132 |
| | ) | |
| Petitioner, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| HAROLD CLARKE, DIRECTOR, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this petition for a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED** without prejudice as successive, and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 28th day of March, 2016.

_____
Chief United States District Judge